# Mary B. Grossman
Chapter 13 Trustee
United States Bankruptcy Court
Eastern District Of Wisconsin

Telephone: (414) 271-3943  
Fax: (414) 271-9344  
info@chapter13milwaukee.com  
www.chapter13Milwaukee.com

740 North Plankinton Avenue  
Suite 400  
Milwaukee, WI 53203

November 13, 2009

Clerk of the US Bankruptcy Court  
126 U S Courthouse  
517 E. Wisconsin Avenue  
Milwaukee, WI 53202

RE: Matthew W. Schaefer & Maryann J. Schaefer  
     Case No. 05-37299-SVK

Dear Clerk of the US Bankruptcy Court:

Enclosed please find check # 1067644 in the amount of $2.56. This check replaces the following check, for the same dollar amount, in the above case:

Original Check No.:   1053176

Original Payee:   Matthew W. Schaefer & Maryann J. Schaefer  
                  W350 N5362 Road B  
                  Okauchee, WI 53069

Please deposit these funds as unclaimed funds, as they were returned by the United States Postal Service or were uncashed by the original payee.

Thank you,


OFFICE OF CHAPTER 13 TRUSTEE

*Mary B. Grossman*

Mary B. Grossman, Chapter 13 Standing Trustee

MBG/ck

cc: file

Mary B. Grossman, Chapter 13 Trustee      Check No. 1067644
Pay to: 00000965  CLERK OF US BANKRUPTCY COURT
Please notify the Court & us of any changes made after filing of your claim  (ex. account number, address, claim assignment, etc.)

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| 05-37299-SVK | 777-0 | MATTHEW W. SCHAEFER | | 0.00 | 2.56 | 0.00 | 2.56 |